RECEIVED
FEB 2 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Amanda Phillips
Vs.
Austin Pets Alive
Monica Dangler
Ringworm Ward Manager

FILED
FEB 2 0 2018
CLERK, U.S. DISTRICT U.S. Court
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY
Western District

A18CV0157 RP

## Petition

I am filing this petition as a pro se litigant against Austin Pets Alive, Monica Dangler, and Ringworm Ward Manager. I was informed by Monica Dangler that my volunteer position with Austin Pets Alive was terminated following a "disrespectful" email that I sent regarding the Ringworm manager.

Austin Pets Alive is an animal shelter, 501c3 charity in Austin, TX; currently housed at several locations including the Town Lake Animal Shelter which is owned by the city of Austin, and they have a contract with the city of Austin to intake a certain percentage of their animals each year. They have dog kennels specifically labelled for use for Austin Animal Center dogs, and help them maintain their "no kill" animal shelter status each year. They also assisted many municipal and county shelters during Hurricane Harvey, and took animals from their shelters and brought them to Austin TX to a donated building on Burnet Road.

Austin Pets Alive has several sister rescue organizations in other cities in Texas, including Houston, San Antonio, Killeen, Dallas, Pflugerville, and Ft Worth. They also have a sister organization called American Pets Alive which teaches shelter managers around the country how to achieve "no kill" status using their model.

I began volunteering with Austin Pets Alive following the Hurricane Harvey event in late August 2017. I have been a regular weekly volunteer and donor including donating money, donating a TV To the APA Thrift Store, and donating hours of my time working with the cats during Hurricane Harvey, and in the following months in the Ringworm Ward.

While volunteering at the Burnet location which was donated to APA to house incoming cats and dogs from Houston, Beaumont, and other hurricane affected areas, I was asked to work at APA as a temporary worker with the cats due to the fact that I seemed to know cats. So I went to the APA Town Lake location, and began working there for about a week. During my week there, I took cats to their fosters who were waiting to pick them up, and helped clean kennels and socialize with cats in the Davenport room. I was also asked to go to the back ISO area to train and help out there. While in the ISO and Calici ward areas, I discovered that the worker was starting IVs on cats, without being a licensed vet tech, without an order from a licensed veterinarian, was re using IVs between cats, and using an IV bag that was several days old, in which the bag and the tubing was being shared between cats, and starting IVs without using alcohol. She also used diluted alcohol spray to spray down the needle between uses, and was letting the needle drop onto the floor, and when she inserted the needle into the cat, she was allowing the needle to move around under the skin, rather than holding it in place.

I asked what the diagnosis was for the cat and where the chart with lab values was, and she stated that she did not know, that she was pretty sure the cat had been seen by a vet at some point, and that the standard of care was a lot lower there than at a hospital for humans. She

stated that she was given a donated IPAD by APA and that she charts the medications she gives to the cats when she gets home.

While in the Calici ward, one of the workers, a male, began feeding one of the cats using a syringe by holding the cat facing him upwards. This concerned me that the cat would choke. I asked him if he should perhaps turn the cat around and feed the cat with the head down, and he said "You need to let me do my job.". He also seemed somewhat annoyed when another person came in to tell him that more cats may be coming into the calici ward, saying that he was already very full, even though there were some empty cages. He also re used a surgical gown to enter the Calici ward, and began spraying it down with Trifectant spray. A huge part of the benefit of the gowns are lost with time, as the covering wears down, germs are able to cross the gown barrier and get onto the clothing underneath. Spraying with Trifectant would have a minimal impact of eliminating the germs on the surface of the gown, and would not prevent germs from crossing over the gown barrier.

I was also informed that APA had done a study on feral cats regarding giving them anxiety medications to get them adopted into homes, and also a study to vaccinate Felvie cats in the hopes this would help them shed the virus.

I was disappointed to learn that APA was sending cats and dogs to other rescue groups in other states, including states like Louisiana and California that have many high kill animal shelters and don't have good support systems in place for animals. On Facebook and on their website, APA was taking credit for adopting and fostering thousands of animals and making it sound like they did it all on their own, and not by transferring to other rescue groups. My concern with transferring to other rescues, is that by giving animals to other rescues, this renders them unable to rescue animals that are in their state, closer to them. So those animals continue to die in the high kill shelters in other states. Also, there is never a guarantee that a rescue can take back an animal if an adopter or foster wishes to return the animal. So sometimes they end up at high kill shelters due to the partner rescue being unable to take the animal back.

I informed several people of these issues, including email addresses at APA, the attorney general office, and the vet board office. The vet board said that animal shelter animals are considered property and there wasn't anything they could do. I did not get a response from the attorney general office other than an auto response they sent to each complainant. I did get an email from the director of APA, who stated she was in Houston.

Since then, I have been volunteering in the Ringworm Ward. There have been several cats who have been in cages for 4-5 months with no time out of the cage. One of the cats, Storm, was at APA age 3-4 months, and now he is 9 months old and still there. He has spent his entire little life in a cage, beginning with being in the ringworm ward, going to the Calici ward for more than a month, then coming back to the Ringworm ward covered in scabs. Initially he had no scabs at all. Another little cat is Red Hot Chili Pepper, who has spent her entire kittenhood in a cage. Still yet is Waffles, an elderly cat who the unlicensed workers decided had Calici, sent her back to the Calici ward thus exposing her to the virus, and then she sees a vet who diagnosed her with a tumor and sent her to hospice home care. Then there's Tarantino, who has been in Ringworm ward getting the lime sulfur dip for 10 months or so now, and has been in a cage. He went to foster care and then was returned to the Ringworm Ward, rather than to the Felvie Sanctuary where he could walk about in a regular room. By having an unlicensed person making a

diagnosis such as Calici or ringworm, this can cause cats to be misdiagnosed, and end up in wards where they actually do get communicable illnesses.

APA hires many mid level managers and coordinators, but those people don't seem to work with the animals. They even have linen shortages because they rely on volunteers to do the laundry rather than going over and doing a couple of loads themselves and taking turns to do so.

I sent an email to the cat foster email asking if Storm would be getting a foster, that he had been in a cage throughout his whole kitten hood, and that maybe Peta is right regarding euthanasia. I also asked about an elderly cat named Lily..who did get a foster.

I was sent an email back stating that it is hard to find fosters for adult cats with ringworm. The following Saturday, the woman working in the ringworm ward, whose name I do not know, and who I am assuming is the ringworm manager, stated in front of 2 other volunteers that I seemed to be pro euthanasia, and that she had been told not to let me be a volunteer there anymore if she wanted to, and that she thought I would be a good fit for the foster email volunteer position.\. I then emailed Monica Dangler, and the cat foster email at Austin Pets Alive, to inform them of what she had said. I have attached the emails in with this petition.

I have also learned that APA has had similar complaints in the past regarding animals that have died and a vet tech performing surgery on a kitten. Renee Zellweger also completed some volunteer hours a few months ago at APA, it was in the news and I am not sure if she was a volunteer or completing community service hours, but it is against APA policy to volunteer for court mandated community service hours.

**I am asking for an order to please have my volunteer position reinstated**, and for APA to please build some walk in kennels in the Ringworm ward, cheap ones that more cats can have walk in room, to hire vet techs in the medical wards, or at least have vet techs from clinic give the meds and do the daily assessments, and please provide actual treatment to the cats to get them adopted sooner, because the lime sulfur dip is not working.

Respectfully Submitted,
Amanda Phillips
2000 FM 1460 Apt 13207
Georgetown, TX 78626
medicalqueen@gmail.com
405.850.2161

1. Judge Rules that animal shelter volunteers should not be silenced
   http://www.chicagotribune.com/lifestyles/pets/ct-pets-shelter-silence-0129-20150129-story.html
2. Former animal shelter volunteer not in contempt of court for disclosing information after signing nondisclosure agreement
   http://www.27east.com/news/article.cfm/General-Interest-Southampton/452112/Latest-Lawsuit-Twist-Goes-To-Lynch
3. Section 1983 protects animal shelter volunteers from being banned from animal shelters

4. http://www.nathanwinograd.com/section-1983-to-the-rescue/
5. Public officials cannot block people on social media or delete comments
https://www.engadget.com/2017/07/30/virginia-court-politicians-block-social-media/
6. Previous vet board complaints regarding Austin Pets Alive
http://kxan.com/2014/02/21/rescue-pet-vet-known-for-no-kill-activism-faces-reprimand-after-complaint/
7. Charities who misuse funds for excessive salaries are often investigated
https://texasattorneygeneral.gov/cpd/charities-and-nonprofits-complaints-and-enforcement
8. Cursing is protected free speech
https://www.motherjones.com/crime-justice/2010/05/f-bomb-protected-1st-amendment/
9. Renee Zellweger at Austin Pets Alive
http://www.khou.com/article/news/local/texas/renee-zellweger-surprises-fellow-volunteer-at-austin-pets-alive/285-475376413